# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG CACCIAVILLANO, | |
| Plaintiff, | CIVIL ACTION NO. 3:12-cv-530 |
| v. | |
| NATIONWIDE INSURANCE COMPANY OF AMERICA, | (JUDGE CAPUTO) |
| Defendant. | |

## ORDER

**NOW**, this 12th day of June, 2012, **IT IS HEREBY ORDERED** that Defendant Nationwide Insurance Company of America's ("Nationwide's") Motion to Dismiss (Doc. 3.) is **GRANTED.** Plaintiff shall have twenty-one (21) days from the date of this Order in which to submit an amended complaint as to his claims for breach of contract and statutory bad faith. Failure to do so will result in the dismissal of this action.

　　　　　　　　　　　　　　　　　　　　 /s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　United States District Judge